December 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-11-00352-CV                    V.

JAMES & ELIZABETH CARLSON, JOSE & LIZ REFERENTE, ROGER CAMPODONICO, SERGIO A. LOPEZ, YAN WANG & HUI YAO, DANIEL & ANDREA SELUK, ROBERT HUTCHINS, ROBERT & KELLY FARFAN, BONNIE CORBETT, HELEN PAGOLA, AND MANNY ESPINOLA, Appellees

_____

This court today issued a substitute opinion. We order this court's former judgment of August 23, 2012 vacated, set aside, and annulled. We further order this court's opinion of August 23, 2012 withdrawn. We deny appellant City of Houston's motion for rehearing.

This cause, an appeal from the judgment in favor of appellees, James & Elizabeth Carlson, Jose & Liz Referente, Roger Campodonico, Sergio A. Lopez, Yan Wang & Hui Yao, Daniel & Andrea Seluk, Robert Hutchins, Robert & Kelly Farfan, Bonnie Corbett, Helen Pagola, and Manny Espinola, signed March 18, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, City of Houston, to pay all costs in this appeal. We further order the decision certified below for observance.